# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eddie B. Little,

    Plaintiff(s),

vs.

Jo Anne B. Barnhart,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv141

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2005 Order.

December 5, 2005

FRANK G. JOHNS, CLERK

BY: *[signature]*
Cynthia Huntley, Deputy Clerk